■ ABEL BANOV, Respondent, v. THEODORE DUBIN, Appellant, et al., Defendants.—

No opinion. Ughetta, Acting P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.